UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Stephen Dalton Sturm, | : |
| | : Civil Action No.: 4:19-cv-02982-AGF |
| Plaintiff, | : |
| v. | : |
| A-1 Premium Acceptance, Inc., d/b/a King of Kash, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a Stipulation of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 15, 2020

Respectfully submitted,

By  \_\_/s/ Sergei Lemberg_____

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Missouri Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Sergei Lemberg
                                                     Sergei Lemberg, Esq.